UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------- x

CEMENT AND CONCRETE WORKERS,
ET AL.,

              Plaintiff,

   - against -

DELCO CONSTRUCTION SUPPLY, INC.,

             Defendants.
----------------------------------------- x

ORDER OF DISMISSAL

Civil Action No.
CV-04-1449 (DGT)

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ SEP 26 2005 ★

P.M.
TIME A.M.

TRAGER, J.

It having been reported to the court by the parties at a status conference held on September 29, 2004 that the above action has been settled, it is hereby ORDERED that this action is discontinued without costs and without prejudice to the right to reopen if settlement is not consummated. The Clerk of the Court is directed to close the case.

Dated:    Brooklyn, New York
           September 22, 2005

                              SO ORDERED:

                              S/David G. Trager
                              David G. Trager
                              United States District Judge